UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Mabardy

    v.                                 Case No. 19-cv-223-PB

Grafton County Commissioners, et al.

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 1, 2019, and deny the plaintiff's motion for hearing (doc. no. 31). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: August 23, 2019

cc: David Mabardy, pro se
    Counsel of Record