UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Mabardy

    v.                                            Case No. 19-cv-223-PB

Grafton County Commissioners, et al.

## ORDER

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 22, 2019.

                                                /s/Paul Barbadoro
                                                _____
                                                Paul Barbadoro
                                                United States District Judge

Date: December 17, 2019

cc: David Mabardy, pro se
    Counsel of Record